13211.   WHITTEN & SON *v.* ROGERS *et al.,* administrators.

BROYLES, C. J.   1.   Where an act creating a city court at any other place than Atlanta or Savannah does not provide for a jury of twelve in all cases, or for such a jury upon demand by either party to a case, whether civil or criminal, the court is not a constitutional city court, and has no power to grant new trials, and a writ of error does not lie from it to the Court of Appeals. *Monford* v. *State,* 114 *Ga.* 528 (40 S. E. 798); *Welborne* v. *State,* 114 *Ga.* 793 (40 S. E. 857); *Ash* v. *Peoples Bank of Oliver,* 149 *Ga.* 713 (101 S. E. 912).

2. It is provided in the act creating the city court of Claxton (Ga. L. 1919, sec. 14, p. 451) that either party in a civil case, or the defendant in a criminal case, can on demand have a trial by a jury of twelve. Under the provisions of the act the State, in a criminal case, cannot on demand have a jury of twelve. It follows from the ruling in the preceding paragraph that the city court of Claxton is not a constitutional city court, and has no power to grant new trials, and a writ of error does not lie from it to the Court of Appeals.

*Writ of error dismissed. Luke and Bloodworth, JJ., concur.*
DECIDED APRIL 11, 1922.

Complaint; from city court of Claxton — Judge Elmore.   December 19, 1921.

*Anderson & Hodges,* for plaintiffs in error.
*S. T. Brewton,* contra.

---

13212.   WILLIAMS *et al. v.* SWIFT & COMPANY.

LUKE, J.   This was a suit on three promissory notes, and, under the facts of the case, it was not error to direct a verdict in favor of the plaintiff for the full amount sued for, less attorney's fees, or thereafter to overrule the defendants' motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED APRIL 11, 1922.

Complaint; from Wheeler superior court — Judge Graham.   November 19, 1921.

*W. B. Kent,* for plaintiffs in error.   *Eugene Talmadge,* contra.